In the Matter of FLORENCE E. VAN LOAN, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [1871–1879 Broadway and 33–40 W. 62nd St., Borough of Manhattan.] — Order unanimously modified to fix the land values at $400,000 for each of the tax years involved herein and, as so modified, affirmed, with $20 costs and disbursements to appellant upon the ground that on all the facts disclosed the land value fixed by the court at Special Term was excessive. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

CARLYLE FINKELSTEIN et al., Appellants, v. FERDINAND PECORA, Respondent. — Order and judgment dismissing the complaint unanimously affirmed, with costs to the respondent against both plaintiffs-appellants. The individual plaintiff having withdrawn the appeal relating to the second cause of action, that appeal is dismissed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See post, p. 972.]

■

116 EAST 57TH STREET INC., Appellant, v. BERNARD NEWMAN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See post, p. 972.]

■

HARRY W. BERG, Appellant-Respondent, v. REO FACTORS CORP., Respondent-Appellant.— Orders unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

■

WENDELL H. SMITH, Respondent-Appellant, v. D. A. SCHULTE, INC., Appellant-Respondent. D. A. SCHULTE, INC., Plaintiff, v. WENDELL H. SMITH et al., Defendants.— Order on defendant's appeal, insofar as it strikes out defendant's second defense and counterclaim, unanimously affirmed. Order on plaintiff's appeal unanimously modified by striking out defendant's first and third counterclaims as insufficient in law, with $20 costs and printing disbursements, and with leave to serve a further amended answer within ten days after service of the order to be entered hereon, with notice of entry thereof. These counterclaims are deficient in failing to allege the nature of the duties which plaintiff Wendell H. Smith was called upon to perform for defendant D. A. Schulte, Inc., and to allege facts and circumstances from which damage would naturally result. The particular items of damage need not be stated, but facts must be alleged which are claimed to have caused the damage. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See post, p. 979.]

■

HAROLD ALEXANDER, Respondent, v. LELAND E. RICE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.